UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>98 STARR FARM ROAD OPERATING CO., LLC D/B/A ELDERWOOD AT BURLINGTON AND ELDERWOOD ADMINISTRATIVE SERVICES, LLC,<br><br>Defendants. | Civ. Action No. 2:22-cv-00168-cr |

**MOTION FOR STAY AND ADJOURNMENT
WITH REQUEST FOR EXPEDITED RULING**

The Plaintiff Equal Employment Opportunity Commission ("EEOC") moves to stay this litigation, including all deadlines, and to adjourn to the October 9, 2025 hearing due to the lapse in appropriations and federal government shutdown. The EEOC also requests an expedited ruling on this motion.

1. The EEOC is the government agency charged with interpreting, administering, and enforcing federal employment discrimination laws.

2. Federal government appropriations lapsed at midnight on October 1, 2025, and the EEOC is now shut down.

3. The EEOC is subject to the Antideficiency Act, which provides in part that an "officer or employee of the United States Government . . . may not . . . involve [the] government in a contract or obligation for the payment of money before an appropriation is made unless authorized by law," 31 U.S.C. § 1341(a)(1)(B), and "may not accept voluntary services . . . or employ personal services exceeding that authorized by law except for emergencies . . . ." 31

U.S.C. § 1342. Such emergencies "do[ ] not include ongoing, regular functions of the government the suspension of which would not imminently threaten the safety of human life or the protection of property." *Id*.

4. Given the Antideficiency Act, the EEOC is prohibited from litigating this matter except for a four-hour wind-down on October 1, 2025.

5. Therefore, the EEOC seeks an order staying this litigation, staying all deadlines for the duration of the shutdown, and adjourning the upcoming dispositive motion hearing scheduled for Thursday, October 9, 2025, for which the EEOC's counsel is precluded from attending absent an order compelling the same.

6. Counsel for the EEOC contacted Defendant's counsel on September 30, 2025 regarding this motion and Defendants oppose this motion.

7. The EEOC requests an expedited ruling on this motion.

WHEREFORE, Plaintiff requests that this Court enter an Expedited Order staying this litigation and all deadlines, and adjourning the hearing scheduled for October 9, 2025.

Dated: October 1, 2025                     Respectfully submitted,

                                            /s/ Katie N. Linehan
                                           KATIE N. LINEHAN
                                           Trial Attorney

                                           U.S. EQUAL EMPLOYMENT
                                           OPPORTUNITY COMMISSION

                                           Boston Area Office
                                           John F. Kennedy Federal Building
                                           15 New Sudbury Street, Room 475
                                           Boston, MA 02203
                                           (617) 865-3671
                                           katie.linehan@eeoc.gov

        EMILY R. KEMPA
        Trial Attorney
        KIMBERLY A. CRUZ
        Regional Attorney
        New York District Office
        33 Whitehall Street, 5th Floor
        New York, NY 10004
        (929) 506-5261
        emily.kempa@eeoc.gov
        (929) 506-5345
        kimberly.cruz@eeoc.gov

        *Counsel for Plaintiff U.S. Equal*
        *Employment Opportunity Commission*

## CERTIFICATE OF LOCAL RULE 7(a)(7)

I hereby certify that Plaintiff U.S. Equal Employment Opportunity Commission has attempted in good faith to obtain the Defendants' agreement in the requested relief.

                                            /s/ Katie N. Linehan
                                            KATIE N. LINEHAN

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed through the ECF system on October 1, 2025 and, therefore, will be served electronically by the ECF system upon each party and participant identified on the Notice of Electronic Filing.

                                            /s/ Katie N. Linehan
                                            KATIE N. LINEHAN